IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MAURICE W.,
    Plaintiff,

Civil No. 4:25-CV-10399

v.

FRANK BISIGNANO,                  DISTRICT JUDGE BEHM
COMMISSIONER
OF SOCIAL SECURITY,
    Defendant.

_____/

## **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

Date: August 25, 2025                      s/F. Kay Behm
                                                        F. Kay Behm
                                                        United States District Judge